EXHIBIT C



Collateral Management Services
9750 Goethe Road | Sacramento, CA 95827
www.dealertrack.com

# Hitachi Capital America Corp (PAA)

## Lien and Title Information

### Account Information

**Account Number**
**Loan Number**
**Branch**

**Borrower 1**
**Borrower 2**
**Borrower Address**

**Financed Date**
**Perfected Date**
**Payoff Date**

**Dealer ID**
**Dealer**
**Dealer Address**

### Lienholder

**ELT Lien ID** 33038062900
**Lienholder** HITACHI CAPITAL AMERICA CORP.
**Lienholder Address** 800 CONNECTICUT AVENUE
NORWALK, CT 06854

**Lien Release Date**

### Vehicle and Titling Information

| Field | Value | Field | Value |
|---|---|---|---|
| **VIN** | 1FUJGLDV4BSBB2435 | **Issuance Date** | 2/6/2016 |
| **Title Number** | 07100942396151026 | **Received Date** | 2/6/2016 |
| **Title State** | TX | **ELT/Paper** | ELECTRONIC |
| **Year** | 2011 | **Odometer Reading** | |
| **Make** | FRHT | **Branding** | |
| **Model** | | | |

**Owner 1** JAMS TRANSPORTATION INC
**Owner 2**
**Owner Address** 12400 ROJAS DR TRLR 177
EL PASO, TX 79928

**Printed:** Thursday, January 30, 2020 8:05:32 AM PST

